**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1894

GWENDOLYN ARCHIBALD,

Plaintiff - Appellant,

versus

TIDEWATER COMMUNITY COLLEGE,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.   Robert G. Doumar, Senior District Judge.  (CA-04-489-2)

Submitted:  February 17, 2006          Decided:  March 7, 2006

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gwendolyn Archibald, Appellant Pro Se.  Martha Murphey Parrish, Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gwendolyn Archibald appeals the district court's order granting summary judgment to her employer on her claims of race discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2 & 2000e-3 (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm substantially on the reasoning of the district court.  See Archibald v. Tidewater Community College, No. CA-04-489-2 (E.D. Va. July 15, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED